IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-cv-01175-FL

ROBIN CAMPBELL and )
FARZAD BARKHORDARI., )
)
    Plaintiff, )
)
v. )
)
CERTAIN INTERESTED UNDERWRITERS )
AT LLOYD'S OF LONDON Subscribing to )
Policy Number BWD640358R3 )
)
    Defendant. )
_____ )

# ORDER

THIS MATTER came to be heard on the Consent Motion for Stay Pending Appraisal filed by Defendant Certain Interested Underwriters at Lloyd's, London Subscribing to Policy Number BWD640358R3 ("Underwriters"). The Court, having reviewed the Motion and being otherwise fully advised in the premises, ORDERS AND ADJUDGES as follows:

1. The Motion is hereby GRANTED.

2. The entire action, including all causes of action asserted in the Amended Complaint, and including all discovery and case management requirements, is stayed at a minimum until the earlier of (1) the conclusion of the appraisal process and the 60 days allowed for payment by the Policy's Loss Payment condition expiring, or (2) January 2, 2024.

3. This Court shall reserve jurisdiction to enforce the terms of this Order pending conclusion of the appraisal process, to appoint an Umpire (if necessary), and to determine any and all remaining issues which are not resolved by the appraisal process.

4. Either party may move to lift the stay of this action at any time after both (a) an appraisal award has been entered, and (b) 60 days after that award have passed, within which time Underwriters must pay any amounts due on the appraisal award pursuant to the Policy's Loss Payment condition.

5. If by January 2, 2024, 60 days have not passed following the entry of an appraisal award, either Party or the Parties jointly may move the Court to extend the stay pending the conclusion of the appraisal process and the passing of the 60 days allowed in the Policy for the payment of any amount due pursuant to an appraisal award.

6. If by January 2, 2024, no party has moved to extend the stay, the parties shall file a joint status report regarding the status of the appraisal referenced above.

This the 17th day of October, 2023.

                                            Louise W. Flanagan
                                            United States District Court Judge